No. 98–7798. Brewer v. Mississippi. Sup. Ct. Miss. Certiorari denied.

No. 98–7827. Tyson v. Greiner, Superintendent, Sing Sing Correctional Facility. C. A. 2d Cir. Certiorari denied.

No. 98–7828. Alexander v. Johnson, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.

No. 98–7833. Rivera v. Johnson, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.

No. 98–7838. Norman v. Santa Clara County Probation Department. C. A. 9th Cir. Certiorari denied.

No. 98–7853. Warren v. Johnson, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.

No. 98–7858. Combs v. Dallas County Child Protective Service Unit of the Texas Department of Protective and Regulatory Services. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 98–7864. Davis v. Bowersox, Superintendent, Potosi Correctional Center. C. A. 8th Cir. Certiorari denied.

No. 98–7886. Lammers v. Endicott et al. (two judgments). C. A. 7th Cir. Certiorari denied.

No. 98–7894. Ramirez v. Stinson, Superintendent, Great Meadow Correctional Facility. C. A. 2d Cir. Certiorari denied.

No. 98–7909. Haley v. United States. C. A. 4th Cir. Certiorari denied.

No. 98–7911. Farrar v. United States; and
No. 98–8053. Gordon v. United States. C. A. 6th Cir. Certiorari denied. Reported below: 168 F. 3d 490.

No. 98–7912. Gilmer v. Johnson, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.